IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:17cr244-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER CORRECTING |
| v. | ) | CLERICAL ERROR |
| | ) | |
| BRYANT WHITE | ) | |

Upon the Government's Motion to Correct Clerical Error and for the reasons set forth in the Motion, it is hereby ORDERED that the Consent Order and Judgment of Forfeiture is amended to state:

**One Smith and Wesson .357 handgun, serial number ABD5336 and ammunition, seized on or about March 10, 2017 during the investigation.**

**SO ORDERED.**

Signed: September 25, 2018

_____
David S. Cayer
United States Magistrate Judge